Timothy P. Elson, Esq.
Nevada State Bar # 11559
**THE LAW OFFICES OF TIMOTHY ELSON**
8965 S. Eastern Ave., Suite 382
Las Vegas, Nevada  89123
Tim@ElsonLawOffices.com
(702) 874-8600

Attorneys for Plaintiff
Med-Strategies, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MED-STRATEGIES, INC., a Virginia corporation,<br><br>Plaintiff,<br>v.<br><br>TOTAL INFUSION CARE, INC. a Nevada corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01060-GMN-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE OPPOSITION DEADLINE** |

Plaintiff Med-Strategies, Inc. ("Med-Strategies"), by and through its counsel, Timothy P. Elson, Esq., of The Law Offices of Timothy Elson, and Defendant Total Infusion Care, Inc. ("TIC"), by and through its counsel of record, Robert S. Larsen, Esq., of Gordon Rees Scully Mansukhani, LLP hereby stipulate as follows:

1. On Friday, June 14, 2024, TIC filed a Partial Motion to Dismiss (ECF No.7).

2. On June 24, 2024, TIC filed its Statement Regarding Removal (ECF No. 8).

3. Med-Strategies' counsel, Mr. Elson, was out of the country from June 17, 2024 to June 25, 2024.  Mr. Elson is a solo practitioner.  TIC agree to adjust the briefing deadline out of professional courtesy to Mr. Elson.

///

///

///

///

///

1

4. The Parties stipulate to continue the deadline for Med-Strategies to submit an opposition to the TIC's Partial Motion to Dismiss (ECF No. 7) to July 8, 2024.

**IT IS SO STIPULATED.**

DATED this 27th day of June, 2024

Submitted by:

| GORDON REES SCULLY MANSUKHANI, LLP | THE LAW OFFICES OF TIMOTHY ELSON |
|---|---|
| /s/ Robert Larsen (with permission) | /s/ Timothy Elson |
| Robert S. Larsen, Esq. | Timothy P. Elson, Esq. |
| Nevada Bar No. 7785 | Nevada Bar No. 11559 |
| Henry Kim, Esq. | 8965 S. Eastern Ave., Suite 382 |
| Nevada Bar No. 14390 | Las Vegas, Nevada 89123 |
| 300 So. 4th Street, Suite 1550 | (702) 874-8600 |
| Las Vegas, Nevada 89101 | *Attorney for Plaintiff Med-Strategies, Inc.* |
| (702) 577-9300 | |
| *Attorneys for Defendant Total Infusion Care, Inc.* | |

**ORDER**

**IT IS SO ORDERED.**

Dated this 1 day of July, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

The undersigned, an employee of the law firm of The Law Offices of Timothy Elson, hereby certifies that on June 27, 2024, he served a copy of the foregoing **STIPULATION AND ORDER TO CONTINUE OPPOSITION DEADLINE** by electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk:

Robert S. Larsen, Esq.
Henry Kim, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101

Attorneys for Defendant Total Infusion Care, Inc.

Tel:    (702) 577-9300
Email: *rlarsen@grsm.com*
           *hhkim@grsm.com*

   /s/ Timothy Elson
An employee of
The Law Offices of Timothy Elson