ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
HENRY KIM, ESQ.
Nevada Bar No. 14390
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
　　　　hhkim@grsm.com

*Attorneys for Defendant Total Infusion Care, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MED-STRATEGIES, INC., a Virginia corporation, <br><br>Plaintiff, <br><br>vs. <br><br>TOTAL INFUSION CARE, INC., a Nevada corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br>Defendants. | Case No.: 2:24-cv-01060-GMN-MDC <br><br> **STIPULATION AND ORDER TO CONTINUE REPLY DEADLINE** |

Plaintiff Med-Strategies, Inc. ("Med-Strategies"), by and through its counsel, Timothy P. Elson, Esq., of The Law Offices of Timothy Elson, and Defendant Total Infusion Care, Inc. ("TIC"), by and through its counsel of record, Robert S. Larsen, Esq. and Henry H. Kim, Esq. of Gordon Rees Scully Mansukhani, LLP hereby stipulate as follows:

1. On Friday, June 14, 2024, TIC filed a Partial Motion to Dismiss (ECF No.7).

2. On June 24, 2024, TIC filed its Statement Regarding Removal (ECF No. 8).

3. On July 1, 2024, this Court granted an extension for Med-Strategies to submit an opposition to TIC's Partial Motion to Dismiss to July 8, 2024. *See* ECF No. 13 at 2.

4. Defense counsel who is responsible for drafting TIC's reply to Med-Strategies' Opposition, Henry H. Kim, was dealing with a health issue between July 8, 2024 and July 15, 2024.

///

5. Accordingly, the parties stipulate to continue the deadline for TIC to submit a reply to Med-Strategies' Opposition to TIC's Partial Motion to Dismiss (ECF No. 15) to July 22, 2024.

**IT IS SO STIPULATED.**

DATED this 15th day of July, 2024

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP** | **THE LAW OFFICES OF TIMOTHY ELSON** |
| */s/ Henry H. Kim* | */s/ Timothy Elson* |
| ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>HENRY H. KIM, ESQ.<br>Nevada Bar No. 14390<br>300 South 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>*Attorneys for Defendant,*<br>*Total Infusion Care, Inc.* | TIMOTHY P. ELSON, ESQ.<br>Nevada Bar No. 11559<br>8965 S. Eastern Ave., Suite 382<br>Las Vegas, Nevada 89123<br>(702)874-8600<br>*Attorneys for Plaintiff*<br>*Med-Strategies, Inc.* |

### ORDER

**IT IS SO ORDERED**

DATED this __15__ day of July, 2024

_____
Gloria M. Navarro, United States District Judge

-2-