# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Med-Strategies, Inc., | **2:24-cv-01060-GMN-MDC** |
| Plaintiff(s), | |
| vs. | **ORDER ON DISCOVERY PLANS** |
| Total Infusion Care, Inc., | |
| Defendant(s). | |

**IT IS ORDERED** that plaintiff's *Proposed Discovery Plan and Scheduling Order* (ECF No. 23) is DENIED.

**IT IS FURTHER ORDERED** that defendant's *Proposed Discovery Plan and Scheduling Order* (ECF No. 24) is GRANTED.

DATED this 6th day of August, 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge