Timothy P. Elson, Esq.
Nevada State Bar # 11559
**THE LAW OFFICES OF TIMOTHY ELSON**
8965 S. Eastern Ave., Suite 382
Las Vegas, Nevada  89123
Tim@ElsonLawOffices.com
(702) 874-8600

Attorneys for Plaintiff
Med-Strategies, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MED-STRATEGIES, INC., a Virginia corporation,<br><br>Plaintiff,<br>v.<br><br>TOTAL INFUSION CARE, INC. a Nevada corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01060-GMN-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff MED-STRATEGIES, INC., by and through its counsel, Timothy P. Elson, Esq., of The Law Offices of Timothy Elson, and Defendant TOTAL INFUSION CARE, INC., by and through its counsel of record, Robert S. Larsen, Esq. and Jacqueline V. Nichols, Esq., of Gordon Rees Scully Mansukhani, LLP, hereby stipulate to dismiss this matter in its entirety and all claims between the parties, whether alleged or otherwise, with prejudice, and with each party to bear their own attorney fees and costs.

///
///
///
///
///
///
///
///

1

There are no hearings currently scheduled before this Court.

**IT IS SO STIPULATED.**

DATED this 14th day of October, 2024

Submitted by:

| THE LAW OFFICES OF TIMOTHY ELSON | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| /s/ Timothy Elson<br>TIMOTHY P. ELSON, ESQ.<br>Nevada Bar No. 11559<br>8965 S. Eastern Ave., Suite 382<br>Las Vegas, Nevada 89123<br>(702) 874-8600<br>*Attorney for Plaintiff Med-Strategies, Inc.* | /s/ Robert Larsen<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>JACQUELINE V. NICHOLS, ESQ.<br>Nevada Bar No. 14246<br>HENRY KIM, ESQ.<br>Nevada Bar No. 14390<br>300 So. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>(702) 577-9300<br>*Attorneys for Defendant Total Infusion Care, Inc.* |

IT IS SO ORDERED:

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

DATED: October 15, 2024

## CERTIFICATE OF SERVICE

The undersigned, an employee of the law firm of The Law Offices of Timothy Elson, hereby certifies that on October 14, 2024, he served a copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** by electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk:

| | |
|---|---|
| Robert S. Larsen, Esq.<br>Jacqueline V. Nichols, Esq.<br>Henry Kim, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>300 So. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101 | Attorneys for Defendant Total Infusion Care, Inc.<br><br>Tel:   (702) 577-9300<br>Email: rlarsen@grsm.com<br>          jnichols@grsm.com<br>          hhkim@grsm.com |

     /s/ Timothy Elson
An employee of
The Law Offices of Timothy Elson